1 AARON D. FORD
  Attorney General
2 DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
3 State of Nevada
  Public Safety Division
4 100 N. Carson Street
  Carson City, Nevada 89701-4717
5 Tel: (775) 684-1150
  E-mail:  drands@ag.nv.gov
6
  Attorneys for Defendants
7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10 MARK MILLER,

Case No.  3:18-cv-00136-MMD-CLB

11          Plaintiff,

12 v.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

13 MARTIN NAUGHTON, et al.,

14          Defendants.

15   Plaintiff, Terry Ball, appearing pro se, and Defendants, Martin Naughton, et al. by and through

16 counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior

17 Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the

18 above-captioned action should be dismissed with prejudice by order of this Court.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

1  This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement
2  between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each
3  party hereto shall bear its own attorneys' fees and costs.

5  DATED this 18 day of February, 2021.   DATED this 23 day of February, 2021.

AARON D. FORD
Attorney General

By: *Mark Miller*   By: _____
MARK MILLER         DOUGLAS R. RANDS
*Plaintiff, Pro Se*   Senior Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: February 23, 2021